Mrs. C. W. Caruthers and Anna Jones, appellants, v. Pioneer Auto
Sales Company, appellee.   Gen. No. 24,135.
Action by the purchaser of an undelivered automobile for the
amount paid down.   Judgment for defendant.   Appeal from the Mu-

nicipal Court of Chicago; the Hon. Joseph Z. Uhlir, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Ellis & Westbrooks, for appellants; Richard E. Westbrooks, of counsel. Webster & Sherrard, for appellee; Arthur A. Sherrard, of counsel.

Mr. Justice Matchett delivered the opinion of the court.